UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

## OFFICIAL FORM 3A

## POST-CONFIRMATION CHAPTER 13 PLAN

DATED:   November 19, 2014

FIRST AMENDED CHAPTER 13 PLAN, POST-CONFIRMATION

Docket No: 13-15529 JNF

DEBTOR(S):

(W) ____Claudia O. Bacelar_____          SS# ___XXX-XX-7779_____

(H) _____          SS# _____

I.   AMENDED PLAN PAYMENT AND TERM:

TERM OF THE PLAN: Sixty (60) Months. If the plan is longer than thirty-six (36) months, a statement of cause under 11 U.S.C. §1322(d) must be attached hereto.

The Debtor has insufficient income to pay her creditors within thirty six (36) months.

AMENDED PLAY PAYMENT: Debtor(s) to pay monthly:

> *59 months @ $794.00 =   $46,846.00*
> *1 month @ $1,600.00 =   $ 1,600.00*
> *$48,446.00*

EFFECTIVE 12/01/2014 (Insert new payment beginning date)

1

II.     SECURED CLAIMS:

A) CLAIMS TO BE PAID THROUGH THE PLAN (INCLUDING ARREARS):

| Creditor | Description of Claim | Amount of claim |
|---|---|---|
| DLJ Mortgage Capital, Inc.<br>3815 SW Temple<br>Salt Lake City, UT 84115 | First Mortgage Holder<br>7 Buxton Street, Peabody, MA<br>Arrears Only<br>Per Proof of Claim | $37,391.06 |
| Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165 | First Mortgage Servicer<br>7 Buxton Street, Peabody, MA<br>Duplicate Claim | $0.00 |
| City Of Peabody<br>24 Lowell Street<br>Peabody, MA 01960 | Real Estate Taxes<br>7 Buxton Street, Peabody, MA<br>Per Proof of Claim | $148.84 |
| City Of Peabody<br>24 Lowell Street<br>Peabody, MA 01960 | Motor Vehicle Excise Tax<br>Per Proof of Claim | $18.75 |

Total of secured claims to be paid through the Plan        $37,558.65

B) CLAIMS TO BE PAID DIRECTLY BY DEBTOR TO CREDITORS (Not through Plan):

| Creditor | Description of Claim | Amount of claim |
|---|---|---|
| DLJ Mortgage Capital, Inc.<br>3815 SW Temple<br>Salt Lake City, UT 84115 | First Mortgage Holder<br>7 Buxton Street, Peabody, MA<br>Duplicate Claim | $355,000.00 |
| Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165 | First Mortgage Servicer<br>7 Buxton Street, Peabody, MA<br>Duplicate Claim | $0.00 |

The Debtor will maintain regular mortgage payments in the amount of one thousand eight hundred ninety-six 20/100 ($1,896.20) dollars and pay real estate taxes approximately two hundred ninety three 21/100 ($293.21) dollars per month and insurance in the amount of one hundred sixty-six ($166.00) dollars per month for a total of two thousand three hundred fifty-five 41/100 ($2,355.41) dollars.

2

The claim of DLJ Mortgage Capital, Inc., the first mortgagee, will be bifurcated pursuant to 11 U.S.C. §506; the amount of pre-petition arrears will be paid through the Plan and the Debtor will maintain current contract payments based upon a secured claim value of three hundred fifty five thousand ($355,000.00) dollars. The remaining balance of two hundred two thousand nine hundred fourteen 97/100 ($202,914.97) dollars will be treated as a general unsecured claim and upon completion of the Debtor's Plan payments, the creditor shall adjust the principal balance in accordance with the terms of this Plan, which shall provide that all post-petition mortgage payments are credited against a beginning prior balance of three hundred fifty five thousand ($355,000.00) dollars at the current interest rate and amortization schedule.

C) MODIFICATION OF SECURED CLAIMS:

| Creditor | Details of Modification | Amount of Claim |
|---|---|---|
| None | | |

D) LEASES:

    i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of __None__ ;or

    ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of __None__ .

    iii. The arrears under the lease to be paid under the plan are __None__ .

III. PRIORITY CLAIMS:

A.    Domestic Support Obligations

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| None | | |
| Total of priority claims to be paid through the Plan: | | $0.00 |

B.    Other

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Notice Only | $0.00 |

3

| | | |
|---|---|---|
| Massachusetts Depart. of Revenue<br>Bankruptcy Unit<br>PO Box 9564<br>Boston, MA 02114 | Notice Only | $0.00 |

Total of Priority Claims to Be Paid Through the Plan: $0.00

IV.   **ADMINISTRATIVE CLAIMS:**

A.   Attorneys fees (to be paid through the Plan):
(to be paid in first 12 months of plan) Amount of claim

Attorney Laurel E. Bretta                                  $4,000.00

B.   Miscellaneous Fees:

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| None | | |

C.   The Chapter 13 Trustee's fee is determined by Order of the United states Attorney General. The calculation of the Plan payment set forth utilizes a ten (10%) percent Trustee's commission.

V.   **UNSECURED CLAIMS:**

The regular unsecured creditors shall receive a dividend of one (1%) percent of their allowed claims.

A) General unsecured claims - per Claims Register           $1,303.06

***IN THE EVENT THAT YOU DO NOT TIMELY FILE A PROPER PROOF OF CLAIM, YOU MAY BE FORECLOSED FROM RECEIVING ANY DIVIDEND UNDER THIS PLAN AND YOUR CLAIM MAY BE EXTINGUISHED.***

B) Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of claim |
|---|---|---|
| DLJ Mortgage Capital, Inc.<br>3815 SW Temple<br>Salt Lake City, UT 84115 | First Mortgage Holder<br>7 Buxton Street, Peabody, MA<br>Duplicate Claim | $202,914.97 |
| Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165 | First Mortgage Servicer<br>7 Buxton Street, Peabody, MA<br>Duplicate Claim | $0.00 |

C) Non-Dischargeable Unsecured Claims:

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| None | | |

Total of Unsecured Claims (A+B+C):                                                $204,218.03

D) Multiply total by percentage: (Total of $204,218.03 x 1% dividend = $2,042.18)

E) Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of claim |
|---|---|---|
| None | | |

Total amount of separately classified claims payable at 100%                       $0.00

VI. OTHER PROVISIONS:

A.    <u>Liquidation of assets to be used to fund Plan</u>:              $0.00

See Liquidation analysis

B. <u>Miscellaneous Provisions</u>:

None

Case 13-15529   Doc 47   Filed 11/19/14   Entered 11/19/14 18:32:55   Desc Main
          Document      Page 6 of 9

C.  Set forth below, all changes from the previously Confirmed Plan:

Secured: The secured claim amount increased from $36,750.00 to $37,558.65.

Priority: None

Administrative: None

Unsecured: The unsecured claim amount decreased from $210,807.90 to $204,218.03.

Term: None.

Payment:

$$\begin{aligned}
59 \text{ months @ } \$794.00 &= \$46,846.00 \\
1 \text{ month @ } \$1,600.00 &= \underline{\$\ 1,600.00} \\
&\ \ \$48,446.00
\end{aligned}$$

VII. CALCULATION OF PLAN PAYMENT:

| | | |
|---|---|---|
| a) | Secured claims (Section I-A Total): | $37,558.65 |
| b) | Priority claims (Section II Total): | $  0.00 |
| c) | Administrative claims (Section III A&B Total): | $4,000.00 |
| d) | Regular unsecured claims (Section IV-D Total):+ | $2,042.18 |
| e) | Separately classified unsecured claims (Section IV-D Total): | $0.00 |
| f) | Total of a + b + c + d + e above:    = | $43,600.83 |
| g) | Divide (f) by .90 for total including Trustee's fee | $48,445.37 |

Trustee's commission $4,845.00                Cost of Plan = $48,446.00

(This represents the total amount to be paid into the Chapter 13 Plan.)

| | | |
|---|---|---|
| h) | Subtract the total amount of payment the Debtor has paid to the trustee to date: | $10,328.00 |
| i) | Total amount left to be paid (g minus h) | $38,118.00 |

6

VIII. LIQUIDATION ANALYSIS

☒ The Debtor avers that there have been no material changes in the total amount set forth in the Summary of the Liquidation Analysis of the Debtor's previously Confirmed Plan.

Pursuant to the Joint Procedural Order, Debtor/Counsel are required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors & interested parties, and to file a Certificate of Service accordingly.

Debtor's Counsel:     /s/ Laurel E. Bretta          Date: November 19, 2014
                      Laurel E. Bretta, Attorney
Counsel's Address:    77 Mystic Avenue
                      Medford, Massachusetts 02155
                      Tel.#(781) 395-0090
                      BBO #547358


I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

Debtor:              /s/ Claudia O. Bacelar         Date: November 19, 2014
                     Claudia O. Bacelar

CERTIFICATE OF SERVICE

I, Laurel E. Bretta, attorney for the Debtor, Claudia O. Bacelar, hereby certify that a true copy of the foregoing Motion to Amend Chapter 13 Plan and First Amended Chapter 13 Plan Post-Confirmation were served on November 19, 2014 to the following:

by electronic mail to:

| | |
|---|---|
| Benjamin O. Adeyinka, Esquire | bankruptcy@orlansmoran.com |
| Carolyn Bankowski, Attorney | 13trustee@ch13boston.com |
| John Fitzgerald, Esquire | USTPRegion01.BO.ECF@USDOJ.GOV |
| Michael P Marsille, Esquire | mmarsille@dgandl.com, mbd@dgandl.com;kjb@dgandl.com;ks@dgandl.com;jf@dgandl.com |
| Laura D. Sannicandro, Attorney | bankruptcy@orlansmoran.com |

by first class mail, postage prepaid to:

Premier Bancard/Charter
(Proof of Claim Address)
P.O. Box 2208
Vacaville, CA 95696

City of Peabody
(Proof of Claim Address)
24 Lowell Street
Peabody, MA 01960

LVNV Funding LLC, its successors and assigns
as Assignee of FNBM, LLC
Resurgent Capital Services
(Proof of Claim Address)
P.O. Box 10587
Greenville, SC 29603-0587

Portfolio Recovery Associates, LLC
(Proof of Claim Address)
POB 12914
Norfolk, VA 23541

GE Capital Retail Bank
c/o Recovery Management Systems Corp.
(Proof of Claim Address)
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605

Select Portfolio Servicing, Inc.
(Proof of Claim Address)
3815 South West Temple
Salt Lake City, UT 84115

DLJ Mortgage Capital, Inc.
3815 SW Temple
Salt Lake City, Utah 84115

Internal Revenue Service
P.O. Box 7346
Philadelphia, Pennsylvania 19101

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9564
Boston, Massachusetts 02114

Nudson G. Bacelar
54 Paleologos Street
Peabody, MA 01960

Claudia O. Bacelar
7 Buxton Street
Peabody, MA 01960

Dated: November 19, 2014         /s/ Laurel E. Bretta
                                 Laurel E. Bretta, Attorney
                                 Bretta & Grimaldi, P.A.
                                 77 Mystic Avenue
                                 Medford, Massachusetts 02155
                                 (781) 395-0090
                                 BBO #547358

S:\S1\B\BACELAR\CHAPTER 13 2013\PLAN\Post Conf Plan 11-19-14.wpd